

# Fourth Court of Appeals
## San Antonio, Texas

February 10, 2021

No. 04-20-00564-CR

Isidro **RAMOS** III,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR9685
Honorable Lorina I. Rummel, Judge Presiding

## O R D E R

Appellant has filed a letter inquiring about the status of his appeal. The clerk's record was filed on 12/2/2020. The reporter's record was filed on February 8, 2021. Thus, appellant's brief is due on March 10, 2021.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of February, 2021.

_____
Michael A. Cruz,
Clerk of Court